### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 20-cr-30051 |
| SHONDELL HODGES, ) | |
| Defendant. ) | |

## OPINION

TOM SCHANZLE-HASKINS, U.S. MAGISTRATE JUDGE:

This matter comes before the Court on Defendant Shondell Hodges's Unopposed Motion for Electronic Review of Pretrial Discovery by Defendant in a Correctional Facility (d/e 20) (Motion). Defendant's Motion is ALLOWED. For the reasons set forth in Defendant's Motion, the Court finds good cause to allow Defendant to review pretrial discovery electronically while in a correctional facility. See Local Rule 16.2(D).

Defendant shall be afforded electronic access to pretrial discovery in this cause pursuant to the procedures attached to Defendant's Motion: Rules Governing Use of Electronic Storage Media to View Legal Materials, Inmate Discovery Receipt, Electronic Discovery Viewing Log, Discovery Material Authorization Form, and Detainee Laptop Issuance Procedures.

Defendant's electronic access to pre-trial discovery in this cause is expressly conditioned on: (1) the ongoing compliance at all times by Defendant with the policies and procedures previously agreed upon by the United States Attorney's Office and the Federal Public Defender's Office; and (2) the ongoing willingness of the correctional institution to afford Defendant electronic access to the pre-trial discovery pursuant to the policies and procedures previously agreed upon by the United States Attorney's Office and the Federal Public Defender's Office.  The parties further agree that Defendant's access to discovery can be terminated by either party upon notice to the other, without cause or leave of Court.

This order shall modify only the application of Local Rule 16.2(B)(3) and (4) to this cause.  All other provisions of Local Rule 16.2 remain applicable.

THEREFORE, Defendant Shondell Hodges's Unopposed Motion for Electronic Review of Pretrial Discovery by Defendant in a Correctional Facility (d/e 20) is ALLOWED.

ENTER:  January 21, 2021.

*s/ Tom Schanzle-Haskins*
TOM SCHANZLE-HASKINS
UNITED STATES MAGISTRATE JUDGE