UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 20-cr-30051 |
| SHONDELL HODGES, | ) |
| Defendant. | ) |

**MOTION FOR ATTORNEY STATUS HEARING**

NOW COMES Robert J. Scherschligt, Assistant Federal Defender, and moves this Honorable Court for an attorney status hearing, and in support thereof, respectfully states as follows:

1. The Federal Public Defender's Office was appointed to represent the Defendant on August 31, 2020. The Defendant has been assigned multiple attorneys with the Federal Public Defender's Office throughout the pendency of this case.

2. Undersigned counsel was assigned to represent the Defendant on behalf of the Federal Public Defender's Office on July 8, 2021, and he accordingly filed a motion for substitution of counsel on that date. The Court granted that motion the following

day.

3.    Undersigned counsel has completed his review of the discovery materials tendered by the Government, as well as his investigation of the facts of this case. He has consulted with the Defendant regarding same. Additionally, he has engaged in plea negotiations with the Government at the direction of and with the Defendant's authorization.

4.    Plea negotiations have stalled between the parties.

5.    The cause is scheduled for a final pretrial conference on Wednesday, February 2, 2022, at 2:30 p.m.

6.    Undersigned counsel has made two attempts in as many days to consult with the Defendant by telephone. Specifically, yesterday, his office contacted the Sangamon County Jail to schedule a teleconference with the Defendant. Shortly thereafter, an officer with the jail called back and informed counsel's legal assistant that the Defendant had refused to speak with counsel. A second effort was made today's date. This time, the Defendant came to the phone and advised counsel's legal assistant not to bother making any more attempts to speak with him [the defendant]

because he was not going to speak with counsel about his case.

7. The Defendant's continued refusal to communicate with undersigned counsel has resulted in an irretrievable breakdown in the attorney-client relationship.

8. Undersigned counsel believes that an attorney status hearing should be held, at which time if the Defendant persists in his refusal to communicate and cooperate with undersigned counsel, counsel should be permitted to withdraw from the case and new CJA counsel should be appointed to represent the Defendant.

9. The Government through Assistant United States Attorney Tanner Jacobs has no objection to the scheduling of an attorney status hearing.

WHEREFORE, undersigned counsel prays this Honorable Court to schedule this cause for an attorney status hearing at the first available date.

                                        Respectfully submitted,

January 19, 2022                /s/ Robert J. Scherschligt
                                        Robert J. Scherschligt (IL Reg. No. 6216807)
                                        Assistant Federal Defender
                                        600 E. Adams St., 3rd Floor
                                        Springfield, Illinois 62701
                                        Telephone: (217) 492-5070
                                        Fax: (217) 492-5077
                                        E-mail: robert_scherschligt@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Robert J. Scherschligt
Robert J. Scherschligt (IL Reg. No. 6216807)
Assistant Federal Public Defender
600 E. Adams St., Third Floor
Springfield, IL 62701
Telephone: 217-492-5070
Facsimile: 217-492-5077
E-mail: Robert_scherschligt@fd.org